**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 08-1723

SAMI GABER,

Plaintiff - Appellant,

v.

KRISTIN HENDERSON, Special Agent, Office of the Inspector General; MICHAEL SPOLIDORO, Special Agent, Office of the Inspector General; MICHAEL KEARNEY, Station Manager, United States Postal Service,

Defendants – Appellees,

and

JOHN E. POTTER, United States Postmaster General,

Defendant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. James C. Cacheris, Senior District Judge. (1:08-cv-00076-JCC-TCB)

Submitted: March 17, 2009          Decided: March 19, 2009

Before TRAXLER, KING, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Dean E. Wanderer, DEAN E. WANDERER & ASSOCIATES, Fairfax, Virginia, for Appellant. Chuck Rosenberg, United States

Attorney, R. Joseph Sher, Catherine D. Wood, Assistant United States Attorneys, Alexandria, Virginia, for Appellees.

———————————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Sami Gaber appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Gaber v. Henderson, No. 1:08-cv-00076-JCC-TCB (E.D. Va. filed June 2, 2008; entered June 3, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED